IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES KING,

        Appellant,

                                    Case No.  5D22-282
v.                                 LT Case No. 2009-CF-018214-A-O


STATE OF FLORIDA,

        Appellee.

_____/

Decision filed July 12, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon, Judge.

Charles King, Arcadia, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EISNAUGLE and SASSO, JJ., concur.